1 DENNIS MARSHALL, COUNTY COUNSEL
JAKE STODDARD, DEPUTY, State Bar No.79203
2 KELLY D. SCOTT, DEPUTY, State Bar No. 216181
COUNTY OF SANTA BARBARA
3 105 E. Anapamu Street, suite 201
Santa Barbara, CA 931012
4 Tel: (805) 568-2950
Fax: (805) 568-2982
5 Jake.Stoddard@CountyCounsel.com
Kelly.Scott@CountyCounsel.com
6
Attorneys for Defendants
7 ANTHONY MARTINEZ, DALE COBURN,
CLAY TURNER, BRIAN GUERRA,
8 DENNIS AVILA, TIM MCWILLIAMS, and
IRWIN LUNIANSKI, M.D
9
DAVID D. LAWRENCE, State Bar No. 123039
10 MICHAEL D. ALLEN, State Bar No. 198126
LAWRENCE BEACH ALLEN & CHOI, PC
11 100 West Broadway, Suite 1200
Glendale, CA 91210-1219
12 Tel: (818) 545-1925                              5/27/10
Fax: (818) 545-1937
13 dlawrence@lbaclaw.com
mallen@lbaclaw.com
14
15 Attorneys for Defendant
IRWIN LUNIANSKI, M.D.
16

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY COTTON, et al. | Case No. CV 03-07652 PSG (RZx) |
| Plaintiffs, | |
| vs. | Honorable Philip S. Gutierrez |
| COUNTY OF SANTA BARBARA, a public entity, et al. | **JUDGMENT RE DEFENDANT ANTHONY MARTINEZ [PROPOSED]** |
| Defendants. | |

1

1  The duly impaneled jury, having rendered a verdict in favor of Defendant
2  ANTHONY MARTINEZ on the Fourth Amendment claim for excessive force, and
3  there being no just reason for delay;
4  IT IS HEREBY ORDERED that judgment be entered in favor of Defendant
5  ANTHONY MARTINEZ on the Fourth Amendment claim for excessive force
6  against Plaintiffs MARY COTTON, DEANA McCAMMON and SANDRA
7  PARENT.
8  IT IS SO ORDERED.

10  Dated: <u>May 26, 2010</u>          **PHILIP S. GUTIERREZ**
                                       HONORABLE PHILIP S. GUTIERREZ
11                                     United States District Judge
12                                     Central District of California

13  Respectfully submitted:
14
15  LAWRENCE BEACH ALLEN & CHOI, P.C.
16
17  BY _____
         David D. Lawrence
18  Attorneys for Defendants
19  ANTHONY MARTINEZ, DALE COBURN,
    CLAY TURNER, BRIAN GUERRA,
20  DENNIS AVILA, TIM MCWILLIAMS, and
21  IRWIN LUNIANSKI, M.D