DENNIS MARSHALL, COUNTY COUNSEL
JAKE STODDARD, DEPUTY, State Bar No.79203
KELLY D. SCOTT, DEPUTY, State Bar No. 216181
COUNTY OF SANTA BARBARA
105 E. Anapamu Street, suite 201
Santa Barbara, CA 931012
Tel: (805) 568-2950
Fax: (805) 568-2982
Jake.Stoddard@CountyCounsel.com
Kelly.Scott@CountyCounsel.com

Attorneys for Defendants
ANTHONY MARTINEZ, DALE COBURN,
CLAY TURNER, BRIAN GUERRA,
DENNIS AVILA, TIM MCWILLIAMS, and
IRWIN LUNIANSKI, M.D

DAVID D. LAWRENCE, State Bar No. 123039
MICHAEL D. ALLEN, State Bar No. 198126
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, CA 91210-1219
Tel: (818) 545-1925
Fax: (818) 545-1937
dlawrence@lbaclaw.com
mallen@lbaclaw.com

Attorneys for Defendant
IRWIN LUNIANSKI, M.D.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY COTTON, et al. | Case No. CV 03-07652 PSG (RZx) |
| Plaintiffs, | |
| vs. | Honorable Philip S. Gutierrez |
| COUNTY OF SANTA BARBARA, a public entity, et al. | **JUDGMENT RE DEFENDANTS DALE COLBURN, CLAY TURNER, BRIAN GUERRA, DENNIS AVILA, TIM MC WILLIAMS  AND IRWIN LUNIANSKI, M.D.  [PROPOSED]** |
| Defendants. | |

1

1 | The duly impaneled jury, having rendered a verdict in favor of Defendants
2 | DALE COBURN, CLAY TURNER, BRIAN GUERRA, DENNIS AVILA, TIM
3 | MCWILLIAMS and IRWIN LUNIANSKI, M.D. on all claims on May 7, 2010, and
4 | there being no just reason for delay;

5 | IT IS HEREBY ORDERED that judgment be entered in favor of Defendants
6 | DALE COBURN, CLAY TURNER, BRIAN GUERRA, DENNIS AVILA, TIM
7 | McWILLIAMS and IRWIN LUNIANSKI, M.D. on all claims against Plaintiffs
8 | MARY COTTON, DEANA McCAMMON and SANDRA PARENT, and that said
9 | Defendants be awarded their costs in the amount of $ _____.

10 | IT IS SO ORDERED.

Dated: **May 26, 2010**          **PHILIP S.GUTIERREZ**
                                 HONORABLE PHILIP S. GUTIERREZ
                                 United States District Judge
                                 Central District of California

Respectfully submitted:

LAWRENCE BEACH ALLEN & CHOI, P.C.


BY _____
        David D. Lawrence
Attorneys for Defendants
ANTHONY MARTINEZ, DALE COBURN,
CLAY TURNER, BRIAN GUERRA,
DENNIS AVILA, TIM MCWILLIAMS, and
IRWIN LUNIANSKI, M.D