```
LEONARD S. SANDS, SBN 028460
HELENI E. SUYDAM, SBN 203833
SANDS & ASSOCIATES,
A PROFESSIONAL LAW CORPORATION
9606 Santa Monica Blvd., 3rd Floor
Beverly Hills, CA 90210
Telephone:  (310) 859-6644
Facsimile:  (310) 492-0397
E-Mail:    sandslaw@sandslaw.net
```

E-FILED 07-15-10

Attorneys for Plaintiffs,
MARY COTTON, in her Capacity as Successor in Interest for Decedent Russell Dene Cotton;
MARY COTTON, individually;
DEANA McCAMMON, individually;
SANDRA PARENT, individually;
PATRICK COTTON, individually

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY COTTON, et al. | **CASE NO. CV 03-7652 PSG** |
| Plaintiffs, | Complaint Filed on October 24, 2003 |
| v. | Hon. Philip S. Gutierrez, Federal District Judge; Room 880 |
| COUNTY OF SANTA BARBARA, a public entity, et al. | |
| Defendants. | **FINAL JUDGMENT PURSUANT TO F.R.Civ.P. 54 RE DEFENDANT ANTHONY MARTINEZ, AMENDED *NUNC PRO TUNC* AS OF JUNE 26, 2010 [~~Proposed~~]** |

///
///
///
///
///
///
///

1

**FINAL JUDGMENT PURSUANT TO F.R.Civ.P. 54 RE DEFENDANT ANTHONY MARTINEZ, AMENDED *NUNC PRO TUNC* AS OF JUNE 26, 2010 [Proposed]**

1  The duly impaneled jury, having rendered a verdict in favor of Defendant
2  ANTHONY MARTINEZ on the Fourth Amendment claim for excessive force, and
3  there being no just reason for delay;
4      IT IS HEREBY ORDERED, *nunc pro tunc*, as of June 26, 2010, that final
5  judgment, pursuant to F.R.Civ.P. 54, be entered in favor of Defendant ANTHONY
6  MARTINEZ on the Fourth Amendment claim for excessive force against Plaintiffs
7  MARY COTTON, DEANA McCAMMON and SANDRA PARENT.
8      IT IS SO ORDERED

10 Dated: 7/14/10

**PHILIP S. GUTIERREZ**
HONORABLE PHILIP S. GUTIERREZ
United States District Judge
Central District of California